IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EUGENE WATSON,

   Petitioner,

     v.

MYRON FREEMAN, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:06-CV-2380-TWT

OPINION AND ORDER

     This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the action be dismissed under the abstention and exhaustion doctrines. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

     SO ORDERED, this 21 day of November, 2006.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge

T:\ORDERS\06\Watson\r&r.wpd